RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

               Plaintiff,

Vs.

Mojeeb Ahmed Alomari, et al.,

               Defendants.

Case Number 23-1443 RFL

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Richard Sepulveda, and defendants Mojeeb Ahmed Alomari, Adel M. Aldafari, and Mi Ranchito Market #2 (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Ara Sahelian), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release with Defendants in this matter whereby plaintiff deemed resolved all claims as against all defendants, and agreed to the dismissal of the above-captioned action with prejudice, with regard to all defendants, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by Plaintiff and Defendants.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney of record for Plaintiff Richard Sepulveda          2/23/26

Sahelian Law Offices – By: Ara Sahelian /s/ Ara Sahelian

Attorney of record for all Defendants          2/23/26

1

FILER'S ATTESTATION

I hereby attest that on February 23, 2026, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Ara Sahelian, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

Date: February 24, 2026



GRANTED

Judge Thomas S. Hixson

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2